In the Matter of LUCILLE WHITE et al., as Stockholders of AMERICAN METAL COMPANY, LIMITED, Respondents. AMERICAN METAL COMPANY, LIMITED, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ. [See *ante*, p. 818.]

■

In the Matter of HAROLD I. GOLD, Appellant, against PAUL P. BRENNAN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ. [See *ante*, p. 818.]

## SECOND DEPARTMENT, MARCH, 1953.

### (March 2, 1953.)

■

ANNA G. CRIST et al., Appellants, v. ROBERT H. SHERRY et al., Respondents.— Action by plaintiff wife to recover damages for personal injuries alleged to have been sustained because of the negligence of defendant Telson, a surgeon, in applying a cast on her fractured leg, and by her husband to recover for loss of services and for medical expenses. The jury rendered a verdict in favor of plaintiff wife for $20,000 and in favor of plaintiff husband for $10,000 against said defendant. The trial court granted said defendant's motion to set aside the verdict and granted his motion, made at the end of the case, to dismiss the complaint. Plaintiffs appeal from the order setting aside the verdict and dismissing the complaint and from the judgment entered thereon. Order modified on the facts by striking therefrom the second ordering paragraph and by substituting therefor a provision granting a new trial. As so modified, the order is unanimously affirmed, without costs. Judgment modified on the facts by striking therefrom the second decretal paragraph and by substituting therefor a provision granting a new trial, and by striking from the third decretal paragraph the words "and David Robert Telson". As so modified, the judgment is unanimously affirmed, with costs to abide the event. The verdict was against the weight of the evidence and was properly set aside. It was error, however, to have dismissed the complaint since the proof presents issues of fact which should be resolved by a jury upon a new trial. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

■

In the Matter of the Estate of MARGARET J. CLANCY, Deceased. CHARLES P. CLANCY, as Administrator of the Estate of MARGARET J. CLANCY, Deceased, et al., Appellants; SCHULTZ & GARBER, Respondents.— In a proceeding under section 231-a of the Surrogate's Court Act, the administrator of a decedent's estate and her distributees appeal from a decree of the Surrogate's Court, Queens County, fixing respondents' compensation for legal services rendered to the estate at $4,500. The distributees appeal from an order of said court denying the administrator's motion to resettle said decree. Decree affirmed, with costs to respondents, payable out of the estate. No opinion. Appeal from order dismissed, without costs. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.